**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CASH RIO, INC.**                                                                          **PLAINTIFF**

**VS.**                         **CASE NO. 4:08MC0021 JMM**

**CITIMORTGAGE, INC.**                                        **DEFENDANT**

**ORDER**

On November 18, 2008, Mark Kimbrough, as president of Cash Rio, Inc., filed a motion for a temporary restraining order seeking to halt the November 25, 2008 foreclosure sale of property owned by Cash Rio, Inc.  Based upon the pleading, the motion must be dismissed as this Court lacks subject matter jurisdiction over the case and, unless Kimbrough is an attorney licensed to practice law in United States District Court, he may not represent or file pleadings in federal court on behalf of Cash Rio, Inc.  *See* 28 U.S.C. § 1654; *Carr Enterprises, Inc. v. United States*, 698 F.2d 952 (8th Cir. 1983) ("It is settled law that a corporation may be represented only by licensed counsel").

Plaintiff's motion is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED THIS   19   day of   November  , 2008.

 

_____
James M. Moody
United States District Judge